No. 1044, Misc.  STACEY *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.  *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 1099, Misc.  COLEMAN *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 1082, Misc.  HERSH *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Philip A. Loomis, Jr., Walter P. North* and *Jacob H. Stillman* for respondent.

No. 1103, Misc.  IN RE BOYER.  C. A. 3d Cir.  Certiorari denied.

No. 1118, Misc.  McCORMACK *v.* FAY, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 1147, Misc.  YATES *v.* KENTUCKY.  Court of Appeals of Kentucky.  Certiorari denied.

No. 1163, Misc.  SATTERFIELD ET AL. *v.* PENNSYLVANIA RAILROAD CO.  C. A. 2d Cir.  Certiorari denied.  *William McKelvey* for petitioners.  *Reginald Leo Duff* and *James S. Rowen* for respondent.

No. 1177, Misc.  STEWART *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox* for the United States.

No. 1183, Misc.  MARTINEZ *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  *Charles Eugene Benson* for petitioner.